ORIGINAL

FILED
OCT 19 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAN GLISSON and MATTHEW GLISSON,

    Plaintiff,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

CASE NO. 5:11-cv-11-04945-PSG

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Henry G. Garrard III, whose business address and telephone number is Blasingame, Burch, Garrard & Ashley, P.C., P.O. Box 832, 440 College Avenue, Suite 320, Athens, Georgia; Phone (706) 354-4000

and who is an active member in good standing of the bar of Northern District of Georgia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Jan Glisson and Matthew Glisson

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/7/2011

Paul S. Grewal
Paul Singh Grewal
United States Magistrate Judge